Good morning, my name is Lewis Dell. I represent the plaintiff, Rodrigo Importante. Since this civil rights case involves a written search warrant affidavit, and since it involves an application of law to that written document, I don't believe that I don't have any verbal gloss to add other than what's already in the briefs, and I'd be happy to respond to any of the Court's questions or concerns regarding this case and to reply to any response or argument made by the appellee's counsel. My name is Cindy Tobesman. I represent defendants. I guess, Mr. Kopp. What is there to rebut? Pardon? What is there to rebut? Well, no, just a couple of housekeeping issues, just to point out that in addition to the search warrant issues, he, Mr. Importante's brief doesn't raise any dispute with regard to the dismissal of Deputy Carrillo, his Menel claims, and also his supplemental State law claims, and I wanted to give the Court an opportunity to ask any questions that you might have on any of the issues presented in the case. No questions? Senator. Go in peace.
judges: Pregerson, Clifton, Hicks